BYRON WILLIAMS
% JOHN W. ABBOTT
P.O. BOX 112306
ANCHORAGE, AK 99511-2306

RECEIVED
ASSET FORFEITURE SECTION

2005 OCT 12 PM 12: 35

October 7, 2005

**SENT CERTIFIED RETURN RECEIPT**
**REQUESTED NO. 7001 0360 0000 9880 5119**

Forfeiture Counsel
Asset Forfeiture Section
Office of Operations Management
Drug Enforcement Administration
HQs Forfeiture Response
P.O. Box 1475
Quantico, Virginia 22134-1475

Re: Asset Id: 05-DEA-455935; Case Number: RG-05-0044; Property: 2001 Cadillac Deville; Vehicle ID No.: 1G6KD54Y41U149440; Asset Value: $15,300.00; Seizure Date: 08/13/05; Owner Name: Harrell, Wynona; Seized from: Byron Williams; Judicial District: District of Alaska. Contest of Forfeiture and requested remission or mitigation of forfeiture.

Dear Sir or Madam:

Pursuant to Title 18, U.S.C., Section 983(a)(2)(D) I am requesting a trial in U.S. District Court to contest the seizure of the above described vehicle. I am also requesting remission or mitigation and ask that this letter be considered a formal request for such action by Forfeiture Counsel for the DEA.

I am the real party in interest as to ownership of the subject vehicle insofar as I have not registered that vehicle in my own name. It is my position that the subject vehicle was not used in the commission of any crime, drug related or otherwise. It is further my position that the subject vehicle was illegally seized and I am filing a motion to suppress its seizure in the United States District Court for the District of Alaska, Case No. A05-076 CR (RRB). I am not requesting release of the seized property at this time but reserve the right to do so in the future.

Very truly yours,

*Byron Williams*
BYRON WILLIAMS

2005 NOV 22 PM 4: 12

**CONTEST OF FORFEITURE**
**ASSET ID: 05-DEA-455935**
**BYRON WILLIAMS**                         Page 1 of 2

1 of 2

837

## VERIFICATION

I, BYRON WILLIAMS, say on oath or affirm that I have read the foregoing document and believe all statements made in the document are true and correct to the best of my knowledge.

*Byron Williams*
BYRON WILLIAMS

SUBSCRIBED AND SWORN TO or affirmed before me at Anchorage, Alaska on the 10th day of October, 2005.

JOHN W. ABBOTT
*John W. Abbott*
Notary Public in and for Alaska
My Commission Expires: 10/31/06

*State of Alaska*
**NOTARY PUBLIC**
John W. Abbott
My Commission Expires _____

RECEIVED
ASSET FORFEITURE SECTION
2005 OCT 12 PM 12:35

2005 NOV 22 PM 4:12

1 of 2

**CONTEST OF FORFEITURE**
**ASSET ID: 05-DEA-455935**
**BYRON WILLIAMS**            Page 2 of 2