

**U. S. Department of Justice**
Drug Enforcement Administration
Office of Operations Management

OCT 2 5 2005

CERTIFIED MAIL - RETURN RECEIPT

Byron Williams
c/o John W. Abbott, Esq.
P.O. Box 112306
Anchorage, AK 99511-2306

2005 NOV 22 PM 4:

| ASSET ID NUMBER | CASE NUMBER | PROPERTY DESCRIPTION |
|---|---|---|
| 05-DEA-455935 | RG-05-0044 | 2001 Cadillac Deville |

Dear Claimant:

The correspondence for the above-referenced property has been received; however, it is **defective** as a claim and is being returned for the following reason(s):

___  Claimant did not identify the specific property being claimed.
     See 18 USC § 983 (a) (2) (C) (i).

___  Claimant did not state claimant's interest in the property.
     See 18 USC § 983 (a) (2) (C) (ii).

___  Claim must be signed by the party claiming an interest in the property, not the attorney
     representing the claimant. See 18 USC § 983 (a) (2) (C).

XX   As indicated in the Notice of Seizure letter dated September 09, 2005, the claim was not
     made under oath, **subject to penalty of perjury**. See 18 USC § 983 (a) (2) (C) (iii). It is not
     sufficiently clear that the claimant has sworn to the truth of the facts, subject to the penalty of
     perjury. The claim must clearly state that the claimant is making the statements, subject to
     the penalty of perjury. The claimant may use the following language:

> **I declare (or certify, verify, or state) under penalty of perjury that
> the foregoing is true and correct.**
>
> **Executed on (date).**
>
> (Signature of Claimant)

Exhibit 2
Page 1 of 2 pages

-2-

___ Other: _____

As a matter of discretion, you are allowed **twenty (20) days** from the date of your receipt of this letter to cure any deficiencies noted above, returning such with your **original** submission. In addition, if the correction is not made, the Drug Enforcement Administration (DEA) may treat the documents as nugatory, and the case shall proceed as though the documents had not been tendered. See 21 C.F.R § 1316.76. Please ensure that **all documents and correspondence regarding this matter reference the DEA asset identifier and case numbers noted above** and, unless otherwise directed, be addressed to the Forfeiture Counsel, Office of Operations Management, Drug Enforcement Administration, HQs Forfeiture Response, P.O. Box 1475, Quantico, VA 22134-1475. Correspondence sent via private delivery must be sent to the Asset Forfeiture Section, Office of Operations Management, Drug Enforcement Administration, 2401 Jefferson-Davis Highway, Alexandria, VA 22301.

Sincerely,

*[signature]*

Asset Forfeiture Section, OMA
Office of Operations Management

Enclosure

2005 NOV 22 PM 4:12

**CLAIM.DEFECT.LETTER (JUL. 05)**     BY: __JRD__     AD CODE #: __841__

Exhibit __2__
Page __2__ of __2__ pages