**BYRON WILLIAMS**
% JOHN W. ABBOTT
P.O. BOX 112306
ANCHORAGE, AK 99511-2306

November 14, 2005

**SENT CERTIFIED RETURN RECEIPT
REQUESTED NO. 7001 0360 0000 9880 5126**

Forfeiture Counsel
Asset Forfeiture Section
Office of Operations Management
Drug Enforcement Administration
HQs Forfeiture Response
P.O. Box 1475
Quantico, Virginia 22134-1475

Re: Asset Id: 05-DEA-455935; Case Number: RG-05-0044; Property: 2001 Cadillac Deville; Vehicle ID No.: 1G6KD54Y41U149440; Asset Value: $15,300.00; Seizure Date: 08/13/05; Owner Name: Harrell, Wynona; Seized from: Byron Williams; Judicial District: District of Alaska. Contest of Forfeiture and requested remission or mitigation of forfeiture.

Dear Sir or Madam:

Pursuant to Title 18, U.S.C., Section 983(a)(2)(D) I am requesting a trial in U.S. District Court to contest the seizure of the above described vehicle. I am also requesting remission or mitigation and ask that this letter be considered a formal request for such action by Forfeiture Counsel for the DEA.

I am the real party in interest as to ownership of the subject vehicle insofar as I have not registered that vehicle in my own name. It is my position that the subject vehicle was not used in the commission of any crime, drug related or otherwise. It is further my position that the subject vehicle was illegally seized and I am filing a motion to suppress its seizure in the United States District Court for the District of Alaska, Case No. A05-076 CR (RRB). I am not requesting release of the seized property at this time but reserve the right to do so in the future.

Very truly yours,

*Byron Williams*
BYRON WILLIAMS

**CONTEST OF FORFEITURE
ASSET ID: 05-DEA-455935
BYRON WILLIAMS**                Page 1 of 2

Exhibit 3
Page 1 of 2 pages

## VERIFICATION

I, BYRON WILLIAMS, declare under penalty of perjury that the foregoing is true and correct.

Dated: _NOV-15-05_

_Byron Williams_
BYRON WILLIAMS

SUBSCRIBED AND SWORN TO or affirmed before me at Anchorage, Alaska on the 15th day of _November_, 2005.

JOHN W. ABBOTT
_John W. Abbott_
Notary Public in and for Alaska
My Commission Expires: _10/31/06_

*State of Alaska*
**NOTARY PUBLIC**
John W. Abbott
My Commission Expires _____

2005 NOV 22 PM 4: 1

**CONTEST OF FORFEITURE**
**ASSET ID: 05-DEA-455935**
**BYRON WILLIAMS**                    Page 2 of 2

Exhibit __3__
Page __2__ of __2__ pages