

To Whom It May Concern: 11-1-05

This letter is to express my pardon to the property in question (Cadillac Deville '01). Which I am registered and legal owner (See Attached registration). The situation leading up to this is as follows, the vehicle was placed up for sale in late July, I was contacted by Mr. Williams in August, he expressed his interested and explained the vehicle would need to shipped to Anchorage, he agreed (verbally) to be responsible for shipping cost. We Also agreed (verbally) that the 20,000.00 would be paid in four payments, the first payment being made when the vehicle arrived to anchorage accompanied by my husband. And the last payment being exchanged for the title. At that time of the vehicle arrival Mr. Williams only paid out 1,000.00. However he did request that my husband stay one more day to receive monies agreed upon. That not being an option I have thus far only received 1,000.00, which leaves an outstanding balance 19,000.00 dollars which is why the title has not been changed. I was not notified by Mr. Williams of any circumstances regarding the vehicle, I only became aware upon receipt of this notice. Please contact me with status or if further information is needed. This is an unfortunate situation for Mr. Williams however I do not feel I should have to suffer a lost due to his negligence. (Please note that Mr. Williams has been a long time associate, neither parties felt there was a need for a written agreement).

Thank you,

Wynona Harrell

Wynona Harrell
206-930-6661

2005 NOV 10 PM 2:36

Exhibit 4
Page 1 of 2 pages

837

STATE OF WASHINGTON Department of Licensing

RECEIVED ... SECTION

2005 NOV 10 PM 2:36

621TGM

# 11/07/2005 VEHICLE REGISTRATION CERTIFICATE

| Lic/Plt | Iss-Dt | Tab-No | Reg-Exp | Val-Cd/Year | Dep | Mo-Reg | Mo-Gwt | Pwr | Use | Mdyr |
|---|---|---|---|---|---|---|---|---|---|---|
| 621TGM | 01/2005 | M373836 | 12/06/2005 | 40495/2001 | 1 | 12 | | G | PAS | 2001 |

| Make | Body | VIN or Serial No | Res-Co | Sclwt | Seats | Model/BT | Gwt | Gwt-St | Gwt-Exp | Flt |
|---|---|---|---|---|---|---|---|---|---|---|
| CAD | DEV4D | 1G6KD54Y41U149440 | 17 | 3978 | | / | | / / | / / | |

| Equip | Prev-Plt | Filing | Monorail | RTA Tax | Subagent | Other | Total Fees | Cash | Gwt Credit |
|---|---|---|---|---|---|---|---|---|---|
| | | $3.00 | | | $4.00 | $2.00 | $9.00 | $9.00 | |

HARRELL,WYNONA LSE
2605 S 272ND ST
42
KENT WA 98032

GMI AUTO SALES LSR
14607 INTL BLVD
TUKWILA WA 98168

Wynona Harrell
SIGNATURE OF REGISTERED OWNERS

GMI Auto Sales
SIGNATURE OF REGISTERED OWNERS

Exhibit 4
Page 2 of 2 pages

COMMENTS:
PL-G PL-F - 4 - COLOR-BLACK - DISPLAY TAB ON BACK LICENSE PLATE ONLY - FRONT PLATE IS STILL REQUIRED.

REMARKS:

BRANDS:
WA 01/10/2005 NOT ACTUAL

THIS IS YOUR REGISTRATION.
PLEASE SIGN AND KEEP IN
YOUR VEHICLE.
RENTON LICENSE AGENCY, INC.
425-228-5640
THANK YOU FOR YOUR BUSINESS!
HAVE A NICE DAY



RPT ID: AREGPR-1 VALIDATION CODE 38173301053111107050015017993

THIS CERTIFICATE IS NOT PROOF OF OWNERSHIP

TD-420 FRD: AREG_AREGPR: 2005/8/8: 00001(1)