RICHARD J. TROBERMAN, P.S.
ATTORNEY AT LAW

RICHARD J. TROBERMAN
JOHN W. WOLFE
OF COUNSEL

520 PIKE STREET, SUITE 2510
SEATTLE, WASHINGTON 98101-4006

TELEPHONE
(206) 343-1111

FACSIMILE
(206) 340-1936

EMAIL
tmanlaw@aol.com

November 15, 2005

DEA
Office of Domestic Operations
DOA
2401 Jefferson Davis Highway
Alexandria, VA 22301

VIA FEDERAL EXPRESS

    *Re:*    **DEA Case Number:**    RG-05-0044
              **Asset ID Number:**    05-DEA-455935

Dear Sir/Madam:

    Please be advised that I represent Wynona Harrell in connection with the above referenced matter. A copy of the Notice of Seizure is enclosed herewith. I also enclose herewith a Seized Asset Claim Form, with attachments, duly executed by Ms. Harrell. Please transfer this matter to the United States Attorneys Office for the District of Alaska for the prompt initiation of judicial proceedings.

    It is my understanding that Ms. Harrell has recently submitted a claim letter pro se in this case. To the extent that said letter may be construed as a Petition for Remission or Mitigation, said Petition is hereby withdrawn, as this Claim and request to contest the forfeiture supersedes any prior claim submitted in this case.

    Thank you for your assistance. If you have any questions, please call.

Very truly yours,

RICHARD J. TROBERMAN, P.S.

RJT:nm
Enclosures (Claim Form with Attachments)

Exhibit 5
Page 1 of 5 pages

U. S. Department of Justice
Drug Enforcement Administration
Office of Domestic Operations
Asset Forfeiture Section

# SEIZED ASSET CLAIM FORM

| For Agency Use only: |
| --- |
| Date claim filed: |
| Timely: Y/N |

DEA Case No. RG-05-0044

Asset Id. No(s). 05-DEA-455935

Property Description: 2001 Cadillac Deville; VIN 1G6KD54Y41U149440

## Claimant Information

Name: Wynona Harrell

Address: 2605 South 272nd Street
         Kent, WA 98032-7990

Telephone No: (206) 683-1150

## Attorney Information (If Applicable.)

Name: Richard J. Troberman, P.S.

Address: 520 Pike Street, Suite 2510
         Seattle, WA 98101-4006

Telephone No. (206) 343-1111

Exhibit 5
Page 2 of 5 pages

-2-

## PART I

List the items in which you claim an interest. Include sufficient information to identify the items, such as serial numbers, make and model numbers, tail numbers, photographs, or other identifying information. You may attach additional sheets of paper if more space is needed.

    2001 Cadillac Deville, VIN #1G6KD54Y41U149440

## PART II

State your interest in each item of property listed above. (Explain why you believe the property belongs to you.) Provide copies of customary documentary evidence of such an interest, if available, such as title(s), registration(s), bill(s) of sale, receipt(s), etc. You may attach additional sheets of paper if more space is needed.

    I am the legal and registered owner.  See attached documents.



Exhibit __5__
Page __3__ of __5__ pages

-3-

## PART III

ATTESTATION AND OATH

I attest and declare under penalty of perjury that my claim to this property is not frivolous and that the information provided in support of my claim is true and correct, to the best of my knowledge and belief.

WYNONA HARRELL
Name (Print)

November 14, 2005
Date

*Signature*

**IF THE COURT FINDS THAT YOUR ASSERTION OF AN INTEREST IN THE PROPERTY WAS FRIVOLOUS, THE COURT MAY IMPOSE A CIVIL FINE IN THE AMOUNT EQUAL TO 10% OF THE VALUE OF THE FORFEITED PROPERTY, BUT IN NO EVENT SHALL THE FINE BE LESS THAN $250 OR GREATER THAN $5,000. ADDITIONALLY, A FALSE STATEMENT OR CLAIM MAY SUBJECT YOU TO PROSECUTION UNDER 18 U.S.C. §§ 1001 AND/OR 1621 AND IS PUNISHABLE BY A FINE AND UP TO 5 YEARS IMPRISONMENT.** All correspondence should reference the DEA asset identifier and case number noted above and be addressed to the Drug Enforcement Administration, Office of Domestic Operations, Asset Forfeiture Section, Caller Number 91017, Arlington, Virginia 22202.

Exhibit 5
Page 4 of 5 pages

**STATE OF WASHINGTON Department of Licensing**

### 11/07/2005 VEHICLE REGISTRATION CERTIFICATE

| Lic/Plt | Iss-Dt | Tab-No | Reg-Exp | Val-Cd/Year | Dep | Mo-Reg | Mo-Gwt | Pwr | Use | Mdyr |
|---|---|---|---|---|---|---|---|---|---|---|
| 621TGM | 01/2005 | M373836 | 12/06/2005 | 40495/2001 | 1 | 12 | G | PAS | 2001 |
| Make | Body | VIN or Serial No | Res-Co | Sclwt | Seats | Model/BT | Gwt | Gwt-St | Gwt-Exp | Plt |
| CAD | DEV4D | 1G6KD54Y41U149440 | 17 | 3978 | 1 | / | / | / | / | 621TGM |
| Equip | Prev-Plt | Filing | Monorail | RTA Tax | Subagent | Other | Total Fees | Cash | Gwt Credit | |
| | | $3.00 | | $4.00 | $2.00 | $9.00 | $9.00 | | | |

HARRELL, MYNONA LSE
2605 S 272ND ST
42
KENT                    WA 98032

GMI AUTO SALES LSR
14607 INTL BLVD
TUKWILA                 WA 98168

_signature_                     _signature: GMI Auto Sales_
SIGNATURE OF REGISTERED OWNERS      SIGNATURE OF REGISTERED OWNERS

**REMARKS:**
THIS IS YOUR REGISTRATION.
PLEASE SIGN AND KEEP IN
YOUR VEHICLE.
RENTON LICENSE AGENCY, INC.
425-226-5640
THANK YOU FOR YOUR BUSINESS!
HAVE A NICE DAY

**COMMENTS:**
PL-G PL-F - 4 - COLOR-BLACK - DISPLAY TAB ON BACK LICENSE PLATE ONLY - FRONT
PLATE IS STILL REQUIRED.

**BRANDS:**
WA 01/10/2005 NOT ACTUAL

RPT ID: AREGPR-1        VALIDATION CODE   38173301053111110705001507993
                        THIS CERTIFICATE IS NOT PROOF OF OWNERSHIP



2005 NOV 16 PM 3:48
621TGM

Exhibit 5
Page 5 of 5 pages