DEBORAH M. SMITH
Acting United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3376
Fax: (907) 271-3224
daniel.cooper@usdoj.gov
Alaska Bar No. 8211109

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | Case No. |
|---|---|---|
| Plaintiff, | ) ) ) | **NOTICE OF RELATED CASE** |
| v. | ) ) | |
| ONE LIGHT BLUE 2001 CADILLAC DEVILLE, VIN 1G6KD54Y41U149440, | ) ) ) ) | |
| Defendant. | ) ) | |

COMES NOW Plaintiff United States of America, by and through counsel, pursuant to D. Ak. Local Rule 40.2, and hereby notifies the Court of a criminal case that is related to this civil forfeiture proceeding. The related criminal case was brought before the United States District Court for the District of Alaska, titled United States v. Byron Williams, a/k/a, "Felipae", Latonya Stuckey, and Kelvin Washington, a/k/a "Kevin Washington", "Special K", Case No. 3:05-cr-076-RRB, pursuant to a August 16, 2005 Indictment and an October

20, 2005 First Superseding Indictment.  The criminal case is related to this civil forfeiture case because: (1) the Defendant Vehicle, described as ONE LIGHT BLUE 2001 CADILLAC DEVILLE, VIN 1G6KD54Y41U149440, is subject to forfeiture in this case based upon the same factual basis involved in the criminal case; (2) the Defendant Vehicle was seized from criminal defendant Byron Williams on the date of his arrest in the criminal case on August 13, 2005; and (3) criminal defendant Byron Williams is a claimant in this civil forfeiture action.  Therefore, because the criminal case is still pending before the Court, assignment of both cases to the Honorable Ralph R. Beistline would likely be the most efficient use of judicial time and resources.

DATED this 7th day of February, 2006 in Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/Daniel R. Cooper, Jr.
DANIEL R. COOPER, JR.
Assistant U.S. Attorney
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3376
Fax: (907) 271-3224
Email: daniel.cooper@usdoj.gov
Alaska Bar No. 8211109

**CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2006, a true and correct copy of the foregoing NOTICE OF RELATED CASE was served via Certified U.S. Mail, Return Receipt Requested, on:

Richard J. Troberman, P.S.  (Counsel for Claimant Wynona Harrell)
520 Pike Street, Suite 2510
Seattle, WA 98101-4006

John W. Abbott   (Counsel for Claimant Byron Williams)
P.O. Box 112306
Anchorage, AK 99511-2306

 s/Daniel R. Cooper, Jr.