## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

<u>  UNITED STATES OF AMERICA  </u>   v.   <u>  ONE LIGHT BLUE 2001 CADILLAC  </u>
<u>DEVILLE, VIN 1G6KD54Y41U149440 </u>

THE HONORABLE John W. Sedwick

DEPUTY CLERK                                    CASE NO.  <u>3:06-cv-00032 JWS</u>

<u> Shari Fuhrer </u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**   DATE: February 9, 2006

---

    The above-referenced case is referred to Magistrate Judge <u>Roberts</u> for disposition or findings and recommendations as appropriate pursuant to D.Ak.LMR 4:

| | | |
|---|---|---|
| __ | (1) | Administrative Inspection warrants; |
| __ | (3) | Matters relating to nonpayment of seaman's wages; |
| __ | (4) | Habeas Corpus petitions initiated under 28 U.S.C. § 2254; |
| __ | (5) | Motions Attacking Sentence under 28 U.S.C. § 2255; |
| __ | (11) | Preferred ship mortgage foreclosures; |
| <u>XXX</u> | (12) | Matters relating to the arrest, seizure or release of vessels and other property under the Supplemental Rules for Certain Admiralty and Maritime Claims; |

Revised 1/28/05