DEBORAH M. SMITH
Acting United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3376
Fax: (907) 271-3224
daniel.cooper@usdoj.gov
Alaska Bar No. 8211109

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. |
| | ) | |
| Plaintiff, | ) | **REQUEST FOR JUDICIAL ISSUANCE** |
| | ) | **OF IN REM WARRANT OF ARREST** |
| v. | ) | |
| | ) | |
| ONE LIGHT BLUE 2001 CADILLAC | ) | |
| DEVILLE, VIN | ) | |
| 1G6KD54Y41U149440, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW Plaintiff United States of America, by and through counsel, and pursuant to Rule C(3) of Certain Admiralty and Maritime Claims and Federal Rules of Civil Procedure and the Verified Complaint for Forfeiture filed contemporaneously herewith, requests judicial issuance of an <u>in rem</u> warrant of arrest for the Defendant property described

as ONE LIGHT BLUE 2001 CADILLAC DEVILLE, VIN 1G6KD54Y41U149440

DATED this 7th day of February, 2006 in Anchorage, Alaska.

>DEBORAH M. SMITH
>Acting United States Attorney
>
>s/Daniel R. Cooper, Jr.
>DANIEL R. COOPER, JR.
>Assistant U.S. Attorney
>222 W. 7th Avenue, #9, Room 253
>Anchorage, AK 99513-7567
>Phone: (907) 271-3376
>Fax: (907) 271-3224
>Email: daniel.cooper@usdoj.gov
>Alaska Bar No. 8211109

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that a true and correct copy
of the foregoing REQUEST FOR JUDICIAL ISSUANCE OF
IN REM WARRANT OF ARREST was sent via U.S. Certified
Mail, Return Receipt Requested, this 7th day of February, 2006, to:

Richard J. Troberman, P.S.  (Counsel for Claimant Wynona Harrell)
Attorney At Law
520 Pike Street, Suite 2510
Seattle, WA 98101-4006

John W. Abbott   (Counsel for Claimant Byron Williams)
P.O. Box 112306
Anchorage, AK 99511-2306


s/Daniel R. Cooper, Jr.