DEBORAH M. SMITH
Acting United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3376
Fax: (907) 271-3224
daniel.cooper@usdoj.gov
Alaska Bar No. 8211109

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:06-cv-032-JWS |
| | ) | |
| Plaintiff, | ) | **NOTICE OF CERTIFICATE OF** |
| | ) | **SERVICE** |
| v. | ) | |
| | ) | |
| ONE LIGHT BLUE 2001 CADILLAC | ) | |
| DEVILLE, VIN | ) | |
| 1G6KD54Y41U149440, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff United States of America, by and through counsel, hereby declares under penalty of perjury that a true and correct copy of the Verified Complaint for Forfeiture, filed on February 7, 2006, was sent this 22nd day of February, 2006, via Certified U.S. Mail, Return Receipt Requested, to the following:

        BYRON WILLIAMS
        Anchorage Correctional Complex East
        1400 East 4th Avenue
        Anchorage, AK 99501

SCOTT D. DATTAN
2600 Denali Street, Suite 460
Anchorage, AK 99503

EXECUTED this 22nd day of February, 2006 in Anchorage, Alaska.

        DEBORAH M. SMITH
        Acting United States Attorney

        s/Daniel R. Cooper, Jr.
        Assistant U.S. Attorney
        222 W. 7th Avenue, #9, Room 253
        Anchorage, AK 99513-7567
        Phone: (907) 271-3376
        Fax: (907) 271-3224
        Email: daniel.cooper@usdoj.gov
        Alaska Bar No. 8211109