DEBORAH M. SMITH
Acting United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3376
Fax: (907) 271-3224
daniel.cooper@usdoj.gov
Alaska Bar No. 8211109

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.3:06-cv-00032-JWS |
| ) | |
| Plaintiff, ) | **IN REM WARRANT OF ARREST** |
| ) | |
| v. ) | |
| ) | |
| ONE LIGHT BLUE 2001 CADILLAC ) | |
| DEVILLE, VIN ) | |
| 1G6KD54Y41U149440, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**TO:   THE UNITED STATES MARSHALS SERVICE FOR THE
         DISTRICT OF ALASKA**:

WHEREAS, a Verified Complaint for Forfeiture was filed in the United States District Court for the District of Alaska, alleging that the Defendant Vehicle described as ONE LIGHT BLUE 2001 CADILLAC DEVILLE, VIN 1G6KD54Y41U149440, constitutes a vehicle is used, or intended for use, to transport, or in any manner to facilitate the transportation, sale, receipt, possession, or concealment of controlled substances, for

violations of Title 21, United States Code, Sections 841, et seq., and is therefore subject to civil forfeiture pursuant to 21 U.S.C. § 881(a)(4), and which constitutes a thing of value furnished or intended to be furnished in exchange for a controlled substance in violation of 21 U.S.C. § 841, and proceeds traceable to such an exchange, and is therefore subject to civil forfeiture pursuant to 21 U.S.C. § 881(a)(6).

AND, the Court being satisfied that based upon the Verified Complaint for Forfeiture and the exhibits attached thereto, there is probable cause to believe that the above-described Defendant Vehicle constitutes drug proceeds, property traceable to drug sales, and property used or intended to be used to facilitate drug trafficking, and are subject to arrest and forfeiture under 21 U.S.C. § 881(a)(4) and 21 U.S.C. § 881(a)(6), and that grounds for application for issuance of a warrant of arrest in rem exist, title having vested in the United States by operation of law.  21 U.S.C. § 881(h); 18 U.S.C. § 981(f).

YOU ARE, THEREFORE, HEREBY COMMANDED to arrest said Vehicle.

YOU ARE FURTHER ORDERED to maintain custody of said Vehicle as provided by 21 U.S.C. § 881 and 19 U.S.C. §1605 until further order of this Court, respecting the same.  The United States Marshals Service shall use its discretion and whatever means appropriate to protect, maintain and exercise dominion and control over said Defendant Vehicle, and to bring it before this Court pursuant to 28 U.S.C. § 1355(d).

YOU ARE ALSO COMMANDED to serve upon the owner of record of the Defendant Vehicle, a copy of this Warrant in a manner consistent with the principles of service of process of an action in rem under the Supplemental Rules For Certain Admiralty

and Maritime Claims, and the Federal Rules of Civil Procedure, within a reasonable time of arrest.  AND UPON APPLICATION of the Plaintiff, United States of America, and pursuant to the All Writs Act, 28 U.S.C. § 1651(a), the Court shall issue any order necessary to effectuate and prevent the frustration of the execution of this Warrant.

YOU ARE ALSO COMMANDED to give due notice to all persons and entities having an interest in the Defendant Vehicle under arrest by publication in a newspaper of general circulation in the judicial district where the Defendant Vehicle was arrested.

A RETURN of this Warrant shall be promptly made to the Court identifying the individuals upon whom copies were served and the manner employed, and a statement as to the satisfaction of the orders herein issued.

All persons claiming an interest in said Defendant Vehicle must file a verified statement identifying the interest or right with the Clerk of Court, United States District Court, District of Alaska, 222 West 7th Avenue, #4, Anchorage, Alaska, 99513-7564, within 30 days after the earlier of receiving actual notice of execution of process or completed publication of notice, pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims.  Also pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims, persons claiming an interest in said Vehicle shall serve and file their answers within 20 days after the filing of the statement of interest with the Clerk of Court, United States District Court, with a copy thereof sent to Assistant United States Attorney James Barkeley, United States Attorney's Office, 222 West 7th Avenue, #9, Room 253, Anchorage, Alaska 99513-7567.

Additional procedures and regulations regarding this forfeiture action are found at 19 U.S.C. §§ 1602–1619, and Title 21, United States Code of Federal Regulations, Sections 1316.71–1316.18.

DATED this 10th day of February, 2006 in Anchorage, Alaska.

  /s/ John D. Roberts    (SEAL AFFIXED)
JOHN D. ROBERTS
UNITED STATES MAGISTRATE JUDGE