DEBORAH M. SMITH
Acting United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3376
Fax: (907) 271-3224
daniel.cooper@usdoj.gov
Alaska Bar No. 8211109

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:06-cv-032-JWS |
| ) | |
| Plaintiff, ) | **APPLICATION FOR ENTRY OF** |
| ) | **DEFAULT** |
| v. ) | |
| ) | |
| ONE LIGHT BLUE 2001 CADILLAC ) | |
| DEVILLE, VIN ) | |
| 1G6KD54Y41U149440, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Plaintiff United States of America, by and through counsel, applies to the Court for entry of default in favor of the United States and against claimants Wynona Harrell and Byron Williams, and against all those persons and entities claiming an interest in the defendant property in this case, for failure to plead, answer, or otherwise defend, as required by law.

This application is based on the record and file in this case and the attached affidavit.

DATED this 15th day of May, 2006 in Anchorage, Alaska.

>DEBORAH M. SMITH
>Acting United States Attorney
>
>s/Daniel R. Cooper, Jr.
>DANIEL R. COOPER, JR.
>Assistant U.S. Attorney
>Federal Building & U.S. Courthouse
>222 W. 7th Avenue, #9, Room 253
>Anchorage, AK 99513-7567
>Phone: (907) 271-3376
>Fax: (907) 271-3224
>daniel.cooper@usdoj.gov

**CERTIFICATE OF SERVICE**
I declare that a true and correct copy of the foregoing
was sent via U.S. Mail this 15th day of May, 2006, to:

WYNONA HARRELL
550 South 296th Place
Auburn, WA 98001

RICHARD J. TROBERMAN  (Counsel for Wynona Harrell)
520 Pike Street, Suite 2510
Seattle, WA 98101-4006

BYRON WILLIAMS
ACCE
1400 East 4th Avenue
Anchorage, AK 99501

SCOTT D. DATTAN  (Counsel for Byron Williams in 3:05-cr-076)
2600 Denali Street, Suite 460
Anchorage, AK 99503

s/Daniel R. Cooper, Jr.