DEBORAH M. SMITH
Acting United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3376
Fax: (907) 271-3224
daniel.cooper@usdoj.gov
Alaska Bar No. 8211109

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | Case No. |
|---|---|---|
| Plaintiff, | ) | **VERIFIED COMPLAINT FOR FORFEITURE** |
| v. | ) | |
| ONE LIGHT BLUE 2001 CADILLAC DEVILLE, VIN 1G6KD54Y41U149440, | ) | |
| Defendant. | ) | |

COMES NOW Plaintiff United States of America, by and through counsel, and respectfully states as follows:

This is a civil action...

the United States of Ameri...

DEVILLE, VIN 1G6KD5...

Exhibit ___1___
Page ___1___ of ___1___ pages

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

JOHN W. ABBOTT
Attorney At Law
P.O. Box 112306
Anchorage, AK 99511-2306

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]   ☐ Agent   ☐ Addressee

B. Received by (Printed Name): Jennifer Abbott
C. Date of Delivery: 2/15/06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7001 2510 0002 1406 6971

PS Form 3811, August 2001   Domestic Return Receipt   102595-01-M-2509