DEBORAH M. SMITH
Acting United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3376
Fax: (907) 271-3224
daniel.cooper@usdoj.gov
Alaska Bar No. 8211109

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:06-cv-032-JWS |
| ) | |
| Plaintiff, ) | **NOTICE OF CERTIFICATE OF SERVICE** |
| ) | |
| v. ) | |
| ) | |
| ONE LIGHT BLUE 2001 CADILLAC ) | |
| DEVILLE, VIN ) | |
| 1G6KD54Y41U149440, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Plaintiff United States of America, by and through counsel, hereby declares under

penalty of perjury that a tr[...]

on February 7, 2006, wa[...]

Return Receipt Requested[...]

BYRON W[...]
Anchorage [...]
1400 East 4[...]
Anchorage, [...]

Exhibit  2
Page  1  of  1  pages

---

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

SCOTT D. DATTAN
Attorney At Law
2600 Denali Street, Suite 460
Anchorage, AK 99503

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X  [signature]  ☒ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery 2/23/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number    7001 2510 0002 1406 4052
   (Transfer from service label)

PS Form 3811, August 2001    Domestic Return Receipt    102595-01-M-25[...]