IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:06-cv-032-JWS |
| ) | |
| Plaintiff, ) | **ENTRY OF DEFAULT** |
| ) | |
| v. ) | |
| ) | |
| ONE LIGHT BLUE 2001 CADILLAC ) | |
| DEVILLE, VIN ) | |
| 1G6KD54Y41U149440, ) | |
| ) | |
| Defendant. ) | |
| ) | |

WHEREAS the notice of this forfeiture action has been published in the Anchorage Daily News on March 8, 15, and 22, 2006;

AND WHEREAS according to the record in this case and the affidavit of counsel for the plaintiff, said claimants have failed to file a statement of interest, answer, or otherwise defend in said action as required by said notice and provided by the Federal Rules of Civil Procedure and the Supplemental Rules for Certain Admiralty and Maritime Cases;

AND WHEREAS according to the record in this case and the affidavit of counsel for the plaintiff, no other persons or entities have pled or otherwise defended in said action as required by said notice and provided by the Federal Rules of Civil Procedure and the Supplemental Rules for Certain Admiralty and Maritime Cases;

IT IS THEREFORE ORDERED, on request of counsel for plaintiff, the DEFAULT is hereby entered of claimants Wynona Harrell and Byron Williams, and of all persons and entities claiming an interest in the defendant property, excluding those who have filed claims

and answers pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Cases or complaints in intervention in the above-captioned case.

DATED:_____

_____
HON. JOHN W. SEDWICK
United States District Judge