DEBORAH M. SMITH
Acting United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3376
Fax: (907) 271-3224
daniel.cooper@usdoj.gov
Alaska Bar No. 8211109

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:06-cv-032-JWS |
| | ) | |
| Plaintiff, | ) | **AFFIDAVIT OF COUNSEL IN** |
| | ) | **SUPPORT OF APPLICATION FOR** |
| v. | ) | **ENTRY OF DEFAULT** |
| | ) | |
| ONE LIGHT BLUE 2001 CADILLAC | ) | |
| DEVILLE, VIN | ) | |
| 1G6KD54Y41U149440, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

| | |
|---|---|
| STATE OF ALASKA | ) |
| | )ss. |
| THIRD JUDICIAL DISTRICT | ) |

     DANIEL R. COOPER, JR., being duly sworn under oath, deposes and states as follows:

1. That I am an Assistant U.S. Attorney for the District of Alaska, duly authorized to act as an attorney for the plaintiff herein.

2. That notice of this judicial forfeiture action was published in the Anchorage Daily News on March 8, 15, and 22, 2006. Docket 9.

3. That on February 7, 2006, Richard J. Troberman, counsel for claimant Wynona Harrell, was sent copies of the Verified Complaint for Forfeiture, the Request for Judicial Issuance of In Rem Warrant of Arrest, and proposed In Rem Warrant of Arrest via Certified U.S. Mail, Return Receipt Requested.

4. That on February 15, 2006, John W. Abbott, counsel for claimant Byron Williams, was served with copies of the Verified Complaint for Forfeiture, the Request for Judicial Issuance of In Rem Warrant of Arrest, and proposed In Rem Warrant of Arrest via Certified U.S. Mail, Return Receipt Requested. Exhibit 1.

5. That on February 23, 2006, D. Scott Dattan, counsel for claimant Byron Williams, was served with copies of the Verified Complaint for Forfeiture, the Request for Judicial Issuance of In Rem Warrant of Arrest, and proposed In Rem Warrant of Arrest via Certified U.S. Mail, Return Receipt Requested. Exhibit 2; see Docket 7.

6. That on February 23, 2006, D. Scott Dattan, counsel for claimant Byron Williams, was served with notice of this judicial forfeiture action via Certified U.S. Mail, Return Receipt Requested. Exhibit 3.

7.   That on February 23, 2006, claimant Byron Williams was served with notice of this judicial forfeiture action via Certified U.S. Mail, Return Receipt Requested. Exhibit 4.

8.   That on February 24, 2006, claimant Byron Williams was served with notice of this judicial forfeiture action via Certified U.S. Mail, Return Receipt Requested. Exhibit 5.

9.   That on March 8, 2006, claimant Wynona Harrell was served with notice of this judicial forfeiture action via Certified U.S. Mail, Return Receipt Requested. Exhibit 6.

10.  That no verified statement of interest or answer has been served or filed by the claimants.

11.  That to the best of my information and knowledge, neither claimant is an infant nor incompetent person, and neither claimant is in the military service within the purview of the Soldiers' and Sailors' Relief Act of 1940, as amended.

12.  That more than 30 days have elapsed since the claimants were personally served with notice of this judicial forfeiture action, and no verified statement of interest or answer has been served or filed, and the time for doing so has now fully elapsed, and therefore the claimants are now in default.

13.  That more than 30 days have elapsed since the date of final publication of notice of this forfeiture action, and no claim or answer has been served or filed by any other person or entity, and the time for doing so has now fully elapsed, and therefore, all persons

and entities claiming an interest in the defendant property are now in default.

EXECUTED this 15th day of May, 2006 in Anchorage, Alaska.

_____
DANIEL R. COOPER, JR.
Assistant U.S. Attorney

SUBSCRIBED AND SWORN TO before me on this 15th day of May, 2006 in Anchorage, Alaska.

_____
NOTARY PUBLIC, State of Alaska
My commission expires: 5/6/08