UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u>  UNITED STATES OF AMERICA  </u>   v.   <u> ONE LIGHT BLUE 2001 CADILLAC  </u>
                                        <u> DEVILLE, VIN 1G6KD54Y41U149440 </u>

IDA ROMACK, CLERK OF COURT

DEPUTY CLERK                               CASE NO. <u> 3:06-cv-00032 JWS </u>

<u> Linda Christensen </u>

<u>PROCEEDINGS: **CLERK'S NOTICE**                    DATE: May 16, 2006</u>

**ENTRY OF DEFAULT IN REM**

It appearing from the records in the above-entitled action that Notice of Arrest has been published and it appearing from the affidavit of counsel for the plaintiff and the record herein that said defendants/or claimants have failed to plead or otherwise defend in said action as required by said notice and provided by the Federal Rules of Civil Procedure, and supplemental Admiralty Rules.

Now, therefore, on request of counsel for plaintiff, the DEFAULT is hereby entered of all persons and entities

[]{DFLTREM.WPD*Rev.1/97}