DEBORAH M. SMITH
Acting United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
daniel.cooper@usdoj.gov
Alaska Bar No. 8211109

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | Case No. 3:06-cv-00032-JWS |
| ) | |
| Plaintiff,    ) | **UNITED STATES' MOTION TO** |
| ) | **SET ASIDE DEFAULT AS TO** |
| vs.    ) | **WYNONA HARRELL** |
| ) | **(Rule 60(b), F.R.Civ.P.)** |
| ONE LIGHT BLUE 2001    ) | |
| CADILLAC DEVILLE,    ) | |
| VIN #1G6KD54Y41U149440,    ) | |
| ) | |
| Defendant.    ) | |

COMES NOW the United States of America, by and through counsel, and moves to set aside the default entered against Wynona Harrell.  This motion is supported by the attached memorandum and affidavit of counsel.  An appropriate order is lodged herewith.

RESPECTFULLY SUBMITTED this 26th day of May, 2006 in Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/ Daniel R. Cooper, Jr.
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3376
Fax: (907) 271-2344
E-mail: Daniel.Cooper@usdoj.gov
AK #8211109

**CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2006
a copy of the foregoing United States' Motion
to Set Aside Default as to Wynona Harrell
was served by U. S. Mail on:

Wynona Harrell
550 South 296th Place
Auburn, WA 98001

Richard J. Troberman (Counsel for Wynona Harrell)
520 Pike Street, Suite 2510
Seattle, WA 98101-4006

Byron Williams
ACCE
1400 East 4th Avenue
Anchorage, AK 99501

Scott D. Dattan (Counsel for Byron Williams in 3:05-cr-076)
2600 Denali Street, Suite 460
Anchorage, AK 99503

s/ Daniel R. Cooper, Jr.