IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 3:06-cv-00032-JWS |
| | ) |
| Plaintiff, | ) **[PROPOSED] ORDER TO SET** |
| | ) **ASIDE DEFAULT AS TO** |
| vs. | ) **WYNONA HARRELL** |
| | ) **(Rule 60(b), F.R.Civ.P.)** |
| ONE LIGHT BLUE 2001 | ) |
| CADILLAC DEVILLE, | ) |
| VIN #1G6KD54Y41U149440, | ) |
| | ) |
| Defendant. | ) |

The United States has moved to set aside the Entry of Default at Docket 15 as to claimant Wynona Harrell only. The court, having read the motion and the affidavit of counsel submitted therewith, and being satisfied that it is in the interests of justice that default against Wynona Harrell be set aside, it is hereby ORDERED,

That the entry default at Docket 15 be set aside as to claimant Wynona Harrell only. Ms. Harrell shall file her claim and answer forthwith.

Dated at Anchorage, Alaska this ___ day of _____, 2006.

_____
Honorable John W. Sedwick
U.S. District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2006
a copy of the foregoing [Proposed] Order to Set Aside
Default as to Wynona Harrell was served
by U. S. Mail on:

Wynona Harrell
550 South 296th Place
Auburn, WA 98001

Richard J. Troberman (Counsel for Wynona Harrell)
520 Pike Street, Suite 2510
Seattle, WA 98101-4006

Byron Williams
ACCE
1400 East 4th Avenue
Anchorage, AK 99501

Scott D. Dattan (Counsel for Byron Williams in 3:05-cr-076)
2600 Denali Street, Suite 460
Anchorage, AK 99503

s/ Daniel R. Cooper, Jr.