DEBORAH M. SMITH
Acting United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
daniel.cooper@usdoj.gov
Alaska Bar No. 8211109

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:06-cv-00032-JWS |
| ) | |
| Plaintiff, ) | **AFFIDAVIT OF COUNSEL IN** |
| ) | **SUPPORT OF UNITED STATES'** |
| vs. ) | **MOTION TO SET ASIDE** |
| ) | **DEFAULT AS TO WYNONA** |
| ONE LIGHT BLUE 2001 ) | **HARRELL** |
| CADILLAC DEVILLE, ) | **(Rule 60(b), F.R.Civ.P.)** |
| VIN #1G6KD54Y41U149440, ) | |
| ) | |
| Defendant. ) | |

STATE OF ALASKA          )
                         :ss
THIRD JUDICIAL DISTRICT )

    DANIEL R. COOPER, JR., being first duly sworn on oath, deposes and states:

1. I am an Assistant United States Attorney, assigned to and bearing principal responsibility for the captioned case.

2. I caused an Application for Default to be prepared for the captioned case [Docket 14], which was supported by my affidavit.

3. I inadvertently included claimant Wynona Harrell in the application for default. Ms. Harrell's claim should not have been included in the default application because Ms. Harrell, represented by counsel, and the United States were, and are, attempting to establish the facts underlying her claim, and attempting to resolve the matter.

4. Ms. Harrell's claim should be relieved of the court's order entering default against her.

5. I have spoken with Ms. Harrell's lawyer, and he has informed me that Ms. Harrell will be filing a claim shortly, and the issues will be joined for discovery purposes and trial.

_____
Daniel R. Cooper, Jr.

SUBSCRIBED AND SWORN to before me this 26th day of May, 2006.

_____
Notary Public in and for the State of Alaska
My Commission Expires: _____

**CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2006
a copy of the foregoing AFFIDAVIT OF COUNSEL
IN SUPPORT OF UNITED STATES' MOTION TO
SET ASIDE DEFAULT AS TO WYNONA HARRELL
was served by U. S. Mail on:

Wynona Harrell
550 South 296th Place
Auburn, WA 98001

Richard J. Troberman (Counsel for Wynona Harrell)
520 Pike Street, Suite 2510
Seattle, WA 98101-4006

Byron Williams
ACCE
1400 East 4th Avenue
Anchorage, AK 99501

Scott D. Dattan (Counsel for Byron Williams in 3:05-cr-076)
2600 Denali Street, Suite 460
Anchorage, AK 99503

s/ Daniel R. Cooper, Jr.