DEBORAH M. SMITH
Acting United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
daniel.cooper@usdoj.gov
Alaska Bar No. 8211109

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                              )<br>                         Plaintiff,      )<br>                                                              )<br>           vs.                                            )<br>                                                              )<br>ONE LIGHT BLUE 2001                )<br>CADILLAC DEVILLE,                      )<br>  VIN #1G6KD54Y41U149440,     )<br>                                                              )<br>                         Defendant.   ) | Case No. 3:06-cv-00032-JWS<br><br>**MEMORANDUM IN SUPPORT<br>OF UNITED STATES' MOTION<br>TO SET ASIDE DEFAULT AS TO<br>WYNONA HARRELL**<br>**(Rule 60(b), F.R.Civ.P.)** |

   The United States moved to set aside the default entered against Wynona

Harrell.  This motion is made pursuant to Rule 60(b), F.R.Civ.P. due to

inadvertence as set forth in the affidavit of counsel attached hereto.

Rule 60(b) provides that the court may relieve a party from a final order or judgment, in the interests of justice, based upon an inadvertent mistake, among other reasons. As set forth in counsel's affidavit, the application for default was intended to be made as to all parties except claimant Wynona Harrell. Ms. Harrell, represented by counsel, and the United States were, and are, attempting to establish the facts underlying her claim, and to resolve the matter. Ms. Harrell's claim should not have been included in the application for default, and she should be relieved of the court's order. Ms. Harrell will be filing a claim shortly, and the issues will be joined for discovery purposes and trial.

RESPECTFULLY SUBMITTED this 26th day of May, 2006 in Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/ Daniel R. Cooper, Jr.
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3376
Fax: (907) 271-2344
E-mail: Daniel.Cooper@usdoj.gov
AK #8211109

**CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2006
a copy of the foregoing Memorandum in
Support of United States' Motion to Set
Aside Default as to Wynona Harrell
was served by U. S. Mail on:

Wynona Harrell
550 South 296th Place
Auburn, WA 98001

Richard J. Troberman (Counsel for Wynona Harrell)
520 Pike Street, Suite 2510
Seattle, WA 98101-4006

Byron Williams
ACCE
1400 East 4th Avenue
Anchorage, AK 99501

Scott D. Dattan (Counsel for Byron Williams in 3:05-cr-076)
2600 Denali Street, Suite 460
Anchorage, AK 99503

s/ Daniel R. Cooper, Jr.