IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:06-cv-00032-JWS |
| ) | |
| Plaintiff, ) | **ORDER TO SET ASIDE** |
| ) | **DEFAULT AS TO WYNONA** |
| vs. ) | **HARRELL** |
| ) | **(Rule 60(b), F.R.Civ.P.)** |
| ONE LIGHT BLUE 2001 ) | |
| CADILLAC DEVILLE, ) | |
| VIN #1G6KD54Y41U149440, ) | |
| ) | |
| Defendant. ) | |

The United States has moved to set aside the Entry of Default at Docket 15 as to claimant Wynona Harrell only. The court, having read the motion and the affidavit of counsel submitted therewith, and being satisfied that it is in the interests of justice that default against Wynona Harrell be set aside, it is hereby

**ORDERED,**

That the entry default at Docket 15 be set aside as to claimant Wynona Harrell only. Ms. Harrell shall file her claim and answer forthwith.

Dated at Anchorage, Alaska, this 5th day of June 2006.

/s/
Honorable John W. Sedwick
U.S. District Court Judge