DEBORAH M. SMITH
Acting United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
daniel.cooper@usdoj.gov
Alaska Bar No. 8211109

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 3:06-cv-00032-JWS |
| Plaintiff, | ) |
| vs. | ) NOTICE CONCERNING CLAIM |
| | ) OF WYNONA HARRELL |
| | ) (RESPONSE TO MINUTE ORDER |
| ONE LIGHT BLUE 2001 | ) AT DOCKET 20) |
| CADILLAC DEVILLE, | ) |
| VIN #1G6KD54Y41U149440, | ) |
| Defendant. | ) |

COMES NOW the United States of America, by and through counsel, and respectfully gives notice to the court of the following matters:

Counsel for claimant Wynona Harrell has advised the United States that Ms. Harrell will file her verified claim as quickly as the claim can be sent from Seattle

to Anchorage by FedEx or other courier service.  It is anticipated that the claim will be filed with the court no later than Friday, August 11, 2006, but because of Ms. Harrell's work schedule the claim may not arrive in Anchorage before Monday, August 14, 2006.

Undersigned counsel and counsel for Ms. Harrell contemplate that once the verified claim is filed, the parties will enter into a stipulation that the United States will concede to Ms. Harrell's claim, each party to bear their own costs and attorney's fees, and the matter may be concluded as between these parties. Moreover, since all other claimants have been defaulted, the court will be able to enter appropriate orders resolving all aspects of the case.

RESPECTFULLY SUBMITTED this 8th day of August, 2006 in Anchorage, Alaska.

>DEBORAH M. SMITH
>Acting United States Attorney
>
>s/ Daniel R. Cooper, Jr.
>Assistant U. S. Attorney
>222 West 7th Ave., #9, Rm. 253
>Anchorage, AK 99513-7567
>Phone: (907) 271-3376
>Fax: (907) 271-2344
>E-mail: Daniel.Cooper@usdoj.gov
>AK #8211109

**CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2006,
a copy of the foregoing NOTICE CONCERNING
CLAIM OF WYNONA HARRELL (RESPONSE TO
MINUTE ORDER AT DOCKET 20) was served
by U. S. Mail on:

Wynona Harrell
550 South 296th Place
Auburn, WA 98001

Richard J. Troberman (Counsel for Wynona Harrell)
520 Pike Street, Suite 2510
Seattle, WA 98101-4006

Byron Williams
ACCE
1400 East 4th Avenue
Anchorage, AK 99501

Scott D. Dattan (Counsel for Byron Williams in 3:05-cr-076)
2600 Denali Street, Suite 460
Anchorage, AK 99503

s/ Daniel R. Cooper, Jr.