RICHARD J. TROBERMAN
RICHARD J. TROBERMAN, P.S.
Attorney at Law
520 Pike Street, Suite 2510
Seattle, WA 98101-4006
Telephone: (206) 343-1111
Facsimile: (206) 340-1936
tmanlaw@aol.com
Washington Bar No. 6379

Attorney for Claimant
Wynona Harrell

RECEIVED
AUG 1 5 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>     Plaintiff, )<br>)<br>v. )<br>)<br>ONE LIGHT BLUE 2001 )<br>CADILLAC DeVILLE, )<br>VIN 31G6KD54Y41U19440, )<br>)<br>     Defendant. )<br>_____ ) | No. 3:06-cv-00032-JWS<br><br>**MOTION FOR LEAVE TO APPEAR WITHOUT LOCAL COUNSEL PURSUANT TO LOCAL RULE 83.1(d)(1)(B)** |

COMES NOW Richard J. Troberman, and moves the Court, pursuant to Local Rule 83.1(d)(1)(B), for an Order permitting him to appear in the above entitled cause without local counsel. This motion is based on the following facts and the Declaration of Richard J. Troberman, submitted herewith.

This is a civil action to forfeit an automobile pursuant to 21 U.S.C. §881(a)(4). Attorney Troberman's client, Wynona Harrell, Claimant herein, is a resident of Kent, Washington (a suburb of Seattle), and Attorney Troberman's office is located in Seattle,

MOTION FOR LEAVE TO APPEAR
WITHOUT LOCAL COUNSEL;
CASE NO. 3:06-cv-00032-JWS; 1

RICHARD J. TROBERMAN, P.S.
ATTORNEY AT LAW
520 PIKE STREET, SUITE 2510
SEATTLE, WASHINGTON 98101-4006
(206) 343-1111

Washington. The defendant vehicle is owned by Claimant Wynona Harrell, who is an "innocent owner" pursuant to 18 U.S.C. §983(d)(2)(A)(i). After a full and complete investigation of this matter, Plaintiff United States has concluded that Claimant Harrell can satisfy her burden of proof establishing that she is an innocent owner, and has agreed to return the defendant vehicle to her once she files a Verified Claim in this matter and a settlement agreement is approved by the Court.

Attorney Troberman is appearing only for the purpose of filing the Verified Claim and a Settlement Agreement. Thereafter, it is anticipated that the case will be dismissed, and that no further court action will be required. Accordingly, it appears that there is no need for local counsel in this case.

DATED this 10th day of August, 2006.

RICHARD J. TROBERMAN, P.S.

By: _____
RICHARD J. TROBERMAN
WSBA No. 6379
Attorney for Claimant
Wynona Harrell

MOTION FOR LEAVE TO APPEAR
WITHOUT LOCAL COUNSEL;
CASE NO. 3:06-cv-00032-JWS; 2

RICHARD J. TROBERMAN, P.S.
ATTORNEY AT LAW
520 PIKE STREET, SUITE 2510
SEATTLE, WASHINGTON 98101-4006
(206) 343-1111

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date a copy of the following document:

1. Motion for Leave to Appear Without Local Counsel

was mailed, postage prepaid, to the counsel listed below:

Daniel R. Cooper
Assistant U.S. Attorney
Federal Building and U.S. Courthouse
222 West Seventh Avenue, No. 9
Anchorage, AK 99513-5071

DATED this 1( day of August, 2006.

RICHARD J. TROBERMAN, P.S.

By: _____

MOTION FOR LEAVE TO APPEAR
WITHOUT LOCAL COUNSEL;
CASE NO. 3:06-cv-00032-JWS; 3

RICHARD J. TROBERMAN, P.S.
ATTORNEY AT LAW
520 PIKE STREET, SUITE 2510
SEATTLE, WASHINGTON 98101-4006
(206) 343-1111