RICHARD J. TROBERMAN
RICHARD J. TROBERMAN, P.S.
Attorney at Law
520 Pike Street, Suite 2510
Seattle, WA 98101-4006
Telephone: (206) 343-1111
Facsimile: (206) 340-1936
tmanlaw@aol.com
Washington Bar No. 6379

Attorney for Claimant
Wynona Harrell

RECEIVED
AUG 1 5 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                             )<br>                        Plaintiff,     )<br>                                             )<br>          v.                              )<br>                                             )<br> ONE LIGHT BLUE 2001          )<br> CADILLAC DeVILLE,               )<br> VIN 31G6KD54Y41U19440,    )<br>                                             )<br>                        Defendant.    )<br> _____) | No. 3:06-cv-00032-JWS<br><br>**AFFIDAVIT OF RICHARD J. TROBERMAN IN SUPPORT OF MOTION TO APPEAR WITHOUT LOCAL COUNSEL** |

STATE OF WASHINGTON   )
                                           : ss.
COUNTY OF KING              )

RICHARD J. TROBERMAN, being first duly sworn upon oath, deposes and says:

1. I am the attorney Claimant Wynona Harrell in the above entitled cause, and make this affidavit based on my own personal knowledge, and am competent to testify as to the matters stated herein.

AFFIDAVIT OF RICHARD J. TROBERMAN
IN SUPPORT OF MOTION FOR LEAVE TO
APPEAR WITHOUT LOCAL COUNSEL;
CASE NO. 3:06-cv-00032-JWS; 1

RICHARD J. TROBERMAN, P.S.
ATTORNEY AT LAW
520 PIKE STREET, SUITE 2510
SEATTLE, WASHINGTON 98101-4006
(206) 343-1111

2. The only name by which I have been known is Richard Jonathan Troberman.

3. My office address is 520 Pike Street, Suite 2510, Seattle, Washington 98101-4006. My residence address is 2703 West Galer Street, Seattle, Washington, 98199.

4. I am admitted to practice before all courts in the State of California (1972); all courts in the State of Washington (1975); the Ninth Circuit Court of Appeals (1977); and the United States Supreme Court (1981). I am also licensed to practice in the United States District Courts for the Central District of California; the Western and Eastern Districts of Washington; and the District of Hawaii. I have also been previously admitted to this court *pro hac vice*.

5. I am not the subject of any pending or past disciplinary action in any court in which I have been admitted.

6. I have read the local rules of this Court.

DATED this 11th day of August, 2006.

_____
RICHARD J. TROBERMAN

SUBSCRIBED AND SWORN TO before me by RICHARD J. TROBERMAN this 11th day of August, 2006.

_____
NOTARY PUBLIC in and for the
State of Washington, residing
at SEATTLE, WA. My commission
expires FEB. 27, 2008.
Printed Name: ARNOLD M. WILLIG

AFFIDAVIT OF RICHARD J. TROBERMAN
IN SUPPORT OF MOTION FOR LEAVE TO
APPEAR WITHOUT LOCAL COUNSEL;
CASE NO. 3:06-cv-00032-JWS; 2

RICHARD J. TROBERMAN, P.S.
ATTORNEY AT LAW
520 PIKE STREET, SUITE 2510
SEATTLE, WASHINGTON 98101-4006
(206) 343-1111

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date a copy of the following document:

    1.    Affidavit in Support of Motion for Leave to Appear Without Local Counsel

was mailed, postage prepaid, to the counsel listed below:

Daniel R. Cooper
Assistant U.S. Attorney
Federal Building and U.S. Courthouse
222 West Seventh Avenue, No. 9
Anchorage, AK 99513-5071

DATED this __11__ day of August, 2006.

RICHARD J. TROBERMAN, P.S.

By: _____

AFFIDAVIT OF RICHARD J. TROBERMAN
IN SUPPORT OF MOTION FOR LEAVE TO
APPEAR WITHOUT LOCAL COUNSEL;
CASE NO. 3:06-cv-00032-JWS; 3

RICHARD J. TROBERMAN, P.S.
ATTORNEY AT LAW
520 PIKE STREET, SUITE 2510
SEATTLE, WASHINGTON 98101-4006
(206) 343-1111