RICHARD J. TROBERMAN
RICHARD J. TROBERMAN, P.S.
Attorney at Law
520 Pike Street, Suite 2510
Seattle, WA 98101-4006
Telephone: (206) 343-1111
Facsimile: (206) 340-1936
tmanlaw@aol.com
Washington Bar No. 6379

Attorney for Claimant
Wynona Harrell

**RECEIVED**
AUG 15 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>                  *Plaintiff*,  )<br>  )<br>          v.   )<br>  )<br>ONE LIGHT BLUE 2001   )<br>CADILLAC DeVILLE,   )<br>VIN 31G6KD54Y41U19440,  )<br>  )<br>                  *Defendant*.  )<br>_____ ) | No. 3:06-cv-00032-JWS<br><br>**VERIFIED CLAIM OF<br>WYNONA HARRELL** |

TO: THE UNITED STATES OF AMERICA, Plaintiff, and

TO: DEBORAH M. SMITH, Acting United States Attorney, and DANIEL R. COOPER, Assistant United States Attorney

YOU WILL PLEASE TAKE NOTICE that pursuant to Rule C(6), Supplemental Rules for Certain Admiralty and Maritime Claims, Federal Rules of Civil Procedure, WYNONA HARRELL is the owner of, and hereby claims an interest in and to, the defendant Cadillac DeVille, VIN #31G6KD54Y41U19440 which is the subjects of this action.

VERIFIED CLAIM OF WYNONA HARRELL;
CASE NO. 3:06-cv-00032-JWS; 1

RICHARD J. TROBERMAN, P.S.
ATTORNEY AT LAW
520 PIKE STREET, SUITE 2510
SEATTLE, WASHINGTON 98101-4006
(206) 343-1111

1  DATED this 10 day of August, 2006.

RICHARD J. TROBERMAN, P.S.

By: _____
RICHARD J. TROBERMAN
WSBA No. 6379
Attorney for Claimant
Wynona Harrell

STATE OF WASHINGTON  )
                     : ss.
COUNTY OF KING       )

WYNONA HARRELL declares under penalty of perjury that she has read the above and foregoing Notice of Claim, knows the contents thereof, and certifies that the same is true and correct.

DATED this 10 day of August, 2006.

_____
WYNONA HARRELL

SUBSCRIBED AND SWORN to before me by WYNONA HARRELL this 10 day of August, 2006.

_____
NOTARY PUBLIC in and for the State of Washington, residing at Seattle. My commission expires 7/27/07. Printed Name: RICHARD J. TROBERMAN

[Notary stamp: RICHARD J. TROBERMAN / STATE OF WASHINGTON / NOTARY PUBLIC / MY COMMISSION EXPIRES 07-27-07]

VERIFIED CLAIM OF WYNONA HARRELL;
CASE NO. 3:06-cv-00032-JWS; 2

RICHARD J. TROBERMAN, P.S.
ATTORNEY AT LAW
520 PIKE STREET, SUITE 2510
SEATTLE, WASHINGTON 98101-4006
(206) 343-1111

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date a copy of the following document:

    1. Verified Claim of Wynona Harrell

was mailed, postage prepaid, to the counsel listed below:

Daniel R. Cooper
Assistant U.S. Attorney
Federal Building and U.S. Courthouse
222 West Seventh Avenue, No. 9
Anchorage, AK 99513-5071

DATED this 10 day of August, 2006.

RICHARD J. TROBERMAN, P.S.

By: _____

VERIFIED CLAIM OF WYNONA HARRELL;
CASE NO. 3:06-cv-00032-JWS; 3

RICHARD J. TROBERMAN, P.S.
ATTORNEY AT LAW
520 PIKE STREET, SUITE 2510
SEATTLE, WASHINGTON 98101-4006
(206) 343-1111