MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| **United States of America** | v. | **One Light Blue 2001 Cadillac Deville, VIN 1G6KD54Y41U149440, *et al.*** |
| THE HONORABLE JOHN W. SEDWICK | | CASE NO. 3:06-cv-00032-JWS |

PROCEEDINGS:   **ORDER FROM CHAMBERS**            Date:  August 17, 2006

    The motion by Richard J. Troberman, Esq. at docket 22 to appear in this matter as counsel for prospective claimant Wynona Harrell without associating local counsel is **GRANTED** subject to payment of the *pro hac vice* fee.