NELSON P. COHEN
United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
daniel.cooper@usdoj.gov
Alaska Bar No. 8211109

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 3:06-cv-032-JWS |
| ) | |
| Plaintiff, ) | **STIPULATION FOR DISPOSITION** |
| ) | **AND DISMISSAL** |
| v. ) | |
| ) | |
| ONE LIGHT BLUE 2001 ) | |
| CADILLAC DEVILLE, ) | |
| VIN 1G6KD54Y41U149440, ) | |
| ) | |
| Defendant. ) | |
| ) | |

COMES NOW plaintiff United States of America, by and through counsel, and together with Richard J. Troberman, counsel for claimant Wynona Harrell, and stipulate and agree as follows:

The parties agree that this action shall be dismissed, each party to bear their own costs and attorneys fees. The United States agrees to waive storage fees. Moreover, the parties

agree that possession of the defendant property, ONE LIGHT BLUE 2001 CADILLAC DEVILLE, VIN 1G6KD54Y41U149440, shall be returned to Wynona Harrell.

Respectfully submitted this 11th day of October, 2006 in Anchorage, Alaska.

<div style="margin-left:3em">

s/Daniel R. Cooper, Jr.
DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: daniel.cooper@usdoj.gov
Alaska Bar No. 8211109

s/Daniel R. Cooper, Jr. for
RICHARD J. TROBERMAN
Attorney for Claimant Wynona Harrell
520 Pike Street, Suite 2510
Seattle, WA 98101-4006
Phone: (206) 343-1111
Fax: (206) 340-1936
E-mail: tmanlaw@aol.com
Washington Bar No. 6379

</div>

**CERTIFICATE OF SERVICE**

I hereby certify that on October 11, 2006,
a copy of the foregoing was served electronically on:

Richard J. Troberman (Counsel for Claimant Wynona Harrell)
520 Pike Street, Suite 2510
Seattle, WA 98101-4006

Byron Williams
ACCE
1400 E. 4th Avenue
Anchorage, AK 99501

Scott D. Dattan  (Counsel for Byron Williams in 3:05-cr-076)
2600 Denali Street, Suite 460
Anchorage, AK 99503

s/ Daniel R. Cooper, Jr.