IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 3:06-cv-032-JWS |
| | ) |
| Plaintiff, | ) **ORDER OF APPROVAL OF** |
| | ) **STIPULATION FOR DISPOSITION** |
| v. | ) **AND DISMISSAL** |
| | ) |
| ONE LIGHT BLUE 2001 | ) |
| CADILLAC DEVILLE, | ) |
| VIN 1G6KD54Y41U149440, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**IT IS SO ORDERED**, on request of plaintiff United States of America and counsel for claimant Wynona Harrell, the Stipulation For Disposition And Dismissal is hereby **approved**.

DATED:_____

_____
HON. JOHN W. SEDWICK
United States District Court