IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>ONE LIGHT BLUE 2001<br>CADILLAC DEVILLE,<br>VIN 1G6KD54Y41U149440,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 3:06-cv-032-JWS<br><br>**ORDER OF APPROVAL OF STIPULATION FOR DISPOSITION AND DISMISSAL** |

**IT IS SO ORDERED**, on request of plaintiff United States of America and counsel for claimant Wynona Harrell, the Stipulation For Disposition And Dismissal is hereby **approved**.

DATED: October 13, 2006

                                                /s/
                                 HON. JOHN W. SEDWICK
                                 United States District Court